**Motion Granted; Dismissed and Memorandum Opinion filed October 1, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00736-CV

## MIAMI BEVERLY, LLC, Appellant

## V.

## CHAMPION ENERGY SERVICES, LLC, Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2011-62024**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment made final by an order of non-suit signed March 26, 2013. According to appellant's notice of appeal filed August 16, 2013, the trial court signed a reformed judgment on May 22, 2013, and appellant filed a motion for new trial on June 21, 2013.

On September 16, 2013, appellant filed a motion to dismiss the appeal because the parties have settled all controversies between them. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Busby.